UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
-------------------------------------------------X              Chapter 13
IN RE:                                                           Case # 09-19551

MICHAEL A. RIGA;

    Debtor(s)                                           **REQUEST FOR NOTICE**
-------------------------------------------------X

SIR:

    **PLEASE TAKE NOTICE** that Wells Fargo Bank, National Association Trustee under Pooling and Servicing agreement dated as of September 1, 2005 ABFC Asset-Backed Certificates, Series 2005-WMC1 hereby appears in the above action, and demands that all papers in the case be served on Wells Fargo Bank, National Association Trustee under Pooling and Servicing agreement dated as of September 1, 2005 ABFC Asset-Backed Certificates, Series 2005-WMC1 at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: October 5, 2009
        Plainview, New York

                              /S/ Andrew Goldberg
                              Authorized agent for Barclays Capital Real Estate Inc, dba HomEq Servicing as servicing agent for Wells Fargo Bank, National Association Trustee under Pooling and Servicing agreement dated as of September 1, 2005 ABFC Asset-Backed Certificates, Series 2005-WMC1
                              c/o Rosicki, Rosicki & Associates, P.C.
                              Main Office: 51 E. Bethpage Road
                              Plainview, New York 11803
                              Phone: 516-741-2585
                              Fax: 516-873-7244
                              Email: bkmail@rosicki.com

Sam Benevento, Esq.
1945 E Warm Spring Rd.
Las Vegas, NV 89119

Rick A. Yarnall, Esq.
701 Bridger Avenue
#820
Las Vegas, NV 89101

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
--------------------------------------------------X     Chapter 13
IN RE:                                                                                Case # 09-19551

   MICHAEL A. RIGA;

     Debtor(s)                                                      **AFFIDAVIT OF SERVICE**
--------------------------------------------------X
STATE OF NEW YORK)
      ss:
COUNTY OF NASSAU )

   Arzoo Mamoor, being duly sworn, deposes and says:

   I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

On October 5, 2009 I served the Request for Notice and demand for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Sam Benevento, Esq.
1945 E Warm Spring Rd.
Las Vegas, NV 89119

Rick A. Yarnall, Esq.
701 Bridger Avenue
#820
Las Vegas, NV 89101


                  /s/ Arzoo Mamoor
                  Arzoo Mamoor

Sworn to before me this
October 5, 2009
/s/ Betsy P. Tarr
NOTARY PUBLIC                         BETSY P. TARR
                                      NOTARY PUBLIC, State of New York
                                      No. 01TA6000083
                                      Qualified in Nassau County
                                      Commission Expires December 8, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
---------------------------------------------------x

IN RE:

MICHAEL A. RIGA;
        Debtor(s)

---------------------------------------------------x

## REQUEST FOR NOTICE

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Main Office: 51 E. Bethpage Road
Plainview, New York 11803