

Entered on Docket
April 22, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

---

GREGORY L. WILDE, ESQ.
Wilde & Associates
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com

Wells Fargo Bank, NA Trustee under Pooling and Servicing agreement dated as of September 1, 2005
ABFC Asset-Backed Certificates, Series 2005-WMC1
09-77591

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-19551-bam |
| Michael Riga, | Date: 1/12/2010<br>Time: 1:30 pm |
| Debtor(s). | Chapter 13 |

### STIPULATED ORDER VACATING AUTOMATIC STAY

IT IS HEREBY STIPULATED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, its assignees and/or successors in interest, Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property immediately after this date, generally described as 3791 Full Moon Dr., Las Vegas, NV 89115.

1  IT IS FURTHER STIPULATED, ADJUDGED, AND DECREED that as to any interest the
2  Chapter 13, Trustee, Rick A. Yarnall, may have in the subject property, the Automatic Stay in the
3  above-entitled Bankruptcy proceedings is immediately vacated and extinguished for all purposes with
4  respect to Secured Creditor.
5
6  IT IS FURTHER ORDERED that in the event a Notice of Default has been recorded against
7  this particular property there can be no sale for ninety (90) days, allowing the Debtor(s) to submit a
8  copy of this Order to the State of Nevada, Foreclosure Mediation Program, and the Order will be
9  construed as an agreement between the Secured Creditor and Debtor(s) that they have voluntarily
10 agreed to a
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

mediation under the Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program.

The necessary information can be accessed at http://www.nevadajudiciary.us/.

DATED this _____ day of _____, 2010.

Submitted by:
WILDE & ASSOCIATES

WILDE & ASSOCIATES

By: /s/ Gregory L. Wilde, Esq
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By: _____
Sam Benevento
1945 E. Warm Springs Road
Las Vegas, NV 89119
Attorney for Debtor(s)

APPROVED / DISAPPROVED